Michael J. Newton (CA State Bar No. 156225)
Yuri Mikulka (CA State Bar No. 185926)
**ALSTON & BIRD LLP**
755 Page Mill Road
Building C - Suite 200
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
mike.newton@alston.com
yuri.mikulka@alston.com

Attorneys for Defendant
*ASUS Computer International*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LiTL LLC,

      Plaintiff,

   v.

ASUS COMPUTER INTERNATIONAL,

      Defendant.

.

CASE NO.  3:24-CV-07678-JD

**DECLARATION OF EMMA OU IN SUPPORT OF SEALING NON-PARTY ASUS GLOBAL PTE. LTD.'S CONFIDENTIAL INFORMATION AND DOCUMENTS REFERENCED OR CONTAINED IN DOCUMENTS IN CONNECTION WITH PLAINTIFF'S ADMINSTRATIVE MOTION TO SEAL (DKT. NO. 29)**

Complaint Filed: November 5, 2024

I, Emma Ou, declare as follows:

1.    I am  _Commercial Regional Head of ANZ, Malaysia and Singapore_  for non-party ASUS Global Pte. Ltd. ("ASGL"). I have been employed by ASGL since 2014, have been the Operations Director since 2018, and have subsequently been transferred to the System Business Group Asia Pacific Commercial Sales Department since September 2024. Based on my responsibilities and experience at ASGL I am familiar with ASGL's treatment and protection of confidential information, including highly sensitive financial information and product testing data. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration on the basis of my personal knowledge.

2.    On May 28, 2025, counsel for Plaintiff provided notice to counsel for ASGL that a pleading had been filed under seal on March 6, 2025 containing ASGL's confidential information. On May 30, counsel Plaintiff provided its Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 29), the Declaration of Eric Rutt in Support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 29-1), a redacted version of Plaintiff LiTL LLC's Opposition to Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(B)(6) (Dkt. No. 30), a redacted version of Exhibit 1 (Dkt. No. 30-1), and a redacted version of Exhibit 2 (Dkt. No. 30-2).

3.    I submit this Declaration in support of maintaining the sealing and confidentiality of the following items which Plaintiff LiTL LLC ("Plaintiff") filed under seal in connection with Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(B)(6) (Docket No. 30). To maintain their confidentiality and given that this Declaration will be filed publicly, the confidential information and items that Plaintiff moves to file under seal ("Confidential Information") are listed below with a general description:

a.    **Dkt. No. 30,** Plaintiff LiTL LLC's Opposition to

Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(B)(6): contains confidential internal business strategies, practice and operation.

b.    **Dkt. No. 30-1, Exhibit 1**: contains confidential internal business strategies, practice and operation.

c.    **Dkt. No. 30-2, Exhibit 2**: contains confidential internal business strategies, practice and operation.

4.    I am aware that during the course of the related litigation, *LiTL LLC v. ASGL Computer Inc., et al.*, No. 1:23-cv-00122-RG (D. Del), ASGL served certain discovery responses and provided certain deposition testimony concerning ASGL's confidential business strategies, operation practices and interactions with its affiliates, including but not limited to those referenced in the above-referenced confidential information. Pursuant to the Protective Order entered in the Delaware litigation, ASGL designated these confidential documents and testimony as "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY."

5.    The information containing non-party ASGL's confidential business and financial information is highly confidential and proprietary information and should be maintained under seal. ASGL does not disclose this information in the ordinary course of business, nor is this information generally available to employees at ASGL. ASGL takes steps to limit the disclosure of the information to those employees whose job responsibilities require it and shield the information from public disclosure.

6.    Sealing ASGL's confidential business information is necessary to prevent competitive harm to non-party ASGL. There is no less restrictive alternative that would be sufficient to prevent competitive harm to ASGL from the disclosure of ASGL's confidential information.

7.    No party has expressed an intent to oppose ASGL's request to keep this information under seal.

I CERTIFY UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED at ___Singapore_____ this 2nd day of June, 2025.

_____

Emma Ou

DECLARATION OF EMMA OU ISO OF ADMINSTRATIVE MOTION TO SEAL (DKT. NO. 29)
CASE NO. 3:24-cv-07678-JD

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing Declaration of Emma Ou in Support of Sealing Non-Party ASUS Global Pte. Ltd.'s Confidential Information and Documents Referenced or Contained in Documents in Connection with Plaintiff's Administrative Motion to Seal (Dkt. No. 29) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Additionally, I served a true and correct copy of the Declaration via electronic mail to the following:

M. Elizabeth Day                                  *Counsel for Plaintiff*
eday@bdiplaw.com                                  LiTL LLC
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063

Michael Albert
michael.albert@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Gerald Hrycyszyn
gerald.hrycyszyn@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Kevin Li
kevin.li@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Eric Rutt
eric.rutt@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

DECLARATION OF EMMA OU ISO OF ADMINSTRATIVE MOTION TO SEAL (DKT. NO. 29)
CASE NO. 3:24-cv-07678-JD

By: */s/ Yuri Mikulka*
Yuri Mikulka

DECLARATION OF EMMA OU ISO OF ADMINSTRATIVE MOTION TO SEAL (DKT. NO. 29)
CASE NO. 3:24-cv-07678-JD